UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RACE TEAM ALLIANCE, INC. ROBERT KAUFFMAN, and JONATHAN MARSHALL,

          Movants,

-v.-

NASCAR EVENT MANAGEMENT, LLC,

          Respondent.

25 Misc. 217 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court has reviewed Movants' motion to quash (Dkt. #1) and brief in support thereof (Dkt. #2), as well as Respondent's brief in opposition (Dkt. #8). The parties are hereby ordered to appear at a conference on **May 29, 2025**, at **3:00 p.m.**, to discuss Movants' pending motion. The conference shall take place via telephone. At the scheduled time, the parties shall dial (855) 244-8681 and enter access code 2315 780 7370. Should Movants wish to file a reply brief, it is due on or before **May 27, 2025**.

    SO ORDERED.

Dated:  May 20, 2025
          New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge