UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACE TEAM ALLIANCE, INC., ROBERT KAUFFMAN, AND JONATHAN MARSHALL,

        Movants,

v.

NASCAR EVENT MANAGEMENT, LLC,

        Respondent.

Case No. 1:25-mc-217-KPF

**ORDER**

KATHERINE POLK FAILLA, District Judge:

1. Movants Race Team Alliance, Inc., Robert Kauffman, and Jonathan Marshall's Motion to Quash NASCAR Event Management, LLC's subpoena to Verizon in connection with the underlying litigation 24-cv-886 (W.D.N.C.) is DENIED;

2. The start date of the subpoena is modified from January 1, 2020 to February 1, 2021. There are no other modifications to the subpoena;

3. There are no pending motions, rulings, or other outstanding issues in connection with Movant's Motion to Quash that prevent Verizon from producing the records requested in the subpoena, with the modified start date of February 1, 2021.

SO ORDERED.

Dated: June 4, 2025
New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge